B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pav, Joseph R. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Pav, Stephanie L.S.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>interest in: Pav Custom Builders, LLC; Pav Custom Builders, LLC 2;<br>Colorado Investment Partnership, LLC; Rainbow Property Management;<br>and Riverside Trails | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Stephanie L. Slechta** |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**xxx-xx-6061** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**xxx-xx-3054** |
| Street Address of Debtor (No. & Street, City, and State):<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558**   ZIP CODE **60558-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558**   ZIP CODE **60558-0000** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**   **Chapter 11 Debtors**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1) (1/08)**                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Joseph R. Pav, Jr.**<br>**Stephanie L.S. Pav** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>    Signature of Attorney for Debtor(s)              Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Joseph R. Pav, Jr.** **Stephanie L.S. Pav** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph R. Pav, Jr.**
  Signature of Debtor **Joseph R. Pav, Jr.**
X **/s/ Stephanie L.S. Pav**
  Signature of Joint Debtor **Stephanie L.S. Pav**

  Telephone Number (If not represented by attorney)

  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

  _____
  Printed Name of Foreign Representative

  _____
  Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney\***

X **/s/ Robert R. Benjamin**
  Signature of Attorney for Debtor(s)
  **Robert R. Benjamin 0170429**
  Printed Name of Attorney for Debtor(s)
  **Querrey & Harrow, Ltd.**
  Firm Name
  **175 W. Jackson Boulevard, Suite 1600**
  **Chicago, IL 60604**
  Address
          **Email:rbenjamin@querrey.com**
  **(312)540-7000 Fax:(312)540-0578**
  Telephone Number

  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

  _____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

  _____
  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

  _____
  Address
X _____

  _____
  Date

| **Signature of Debtor (Corporation/Partnership)** |
|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

  _____
  Printed Name of Authorized Individual

  _____
  Title of Authorized Individual

  _____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph R. Pav, Jr.**
**Stephanie L.S. Pav**

Case No. _____

Chapter    **7**

_____ Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Joseph R. Pav, Jr.**
                      **Joseph R. Pav, Jr.**

Date:  **April  8, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Joseph R. Pav, Jr.**
**Stephanie L.S. Pav**
_____
Debtor(s)

Case No. _____
Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Stephanie L.S. Pav**

                      **Stephanie L.S. Pav**

Date:   **April  8, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Joseph R. Pav, Jr.,**
**Stephanie L.S. Pav**

Case No. _____

_____,
Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 13,028,000.00 | | |
| B - Personal Property | Yes | 4 | 36,217.82 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 17,352,257.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 562,537.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,648.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,604.01 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 13,064,217.82 | | |
| Total Liabilities | | | | 17,914,794.44 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Joseph R. Pav, Jr.,**                                          Case No. _____
        **Stephanie L.S. Pav**

                                        _____,
                                        Debtors           Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Joseph R. Pav, Jr.,**                                            Case No. _____
          **Stephanie L.S. Pav**
_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family frame**<br>**3951 Forest Avenue**<br>**Western Springs, IL  60558** | **Tenants by entirety** | **J** | **360,000.00** | **439,504.00** |
| **11 unit residential**<br>**1246 S. 57th**<br>**Cicero, IL  60804**<br>**\*cross collateral to The Private Bank & Trust**<br>**$2,055,000.00** | **33 1/3% beneficial interest in Inland Bank trust #04-541** | **J** | **440,000.00** | **505,573.00** |
| **6 unit residential**<br>**9122 W. 31st**<br>**Brookfield, IL  60513**<br>**\*cross collateral to the Private Bank & Trust**<br>**$2,055,000.00** | **25% beneficial interest in Chicago Title Land Trust Company trust #6420** | **J** | **400,000.00** | **330,420.00** |
| **66.977 acres vacant**<br>**Timberline & West New Avenue**<br>**Lemont, IL  60439** | **20% beneficial interest in Chicago Title Land Trust Co. trust #8105** | **J** | **4,225,000.00** | **4,129,662.00** |
| **Single family**<br>**1533 S. 57th Court**<br>**Cicero, IL  60804** | **25% beneficial interest in Inland Bank Trust trust #01-524** | **J** | **90,000.00** | **130,728.00** |
| **Condominium**<br>**426 Euclid #1N**<br>**Oak Park, IL** | **25% beneficial interest in Inland Bank Trust trust #01-524** | **J** | **150,000.00** | **155,713.00** |
| **Condominium**<br>**426 Euclid #2N**<br>**Oak Park, IL** | **25% beneficial interest in Inland Bank Trust trust #01-524** | **J** | **150,000.00** | **158,108.00** |
| **Single family**<br>**4538 Lawn Avenue**<br>**Western Springs, IL** | **33 1/3% beneficial interest in Inland Bank Trust trust #04-541** | **J** | **620,000.00** | **686,022.00** |
| **28.863 acres & single family**<br>**16453 127th Street**<br>**Lemont, IL** | **20% beneficial interest in Chicago Title Land Trust trust #8105** | **J** | **1,768,000.00** | **2,250,615.00** |
| | | Sub-Total > | **8,203,000.00** | (Total of this page) |

___1___ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**
       **Stephanie L.S. Pav**

Case No. _____

                        Debtors

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **154.14 acres vacant land**<br>**23541 S. Center Road**<br>**Frankfort, IL** | **5% beneficial interest in Marquette National Bank trust #15819** | **J** | **2,695,000.00** | **859,794.00** |
| **142.14 acres vacant**<br>**104th Avenue & Stunekel Road**<br>**Frankfort, IL** | **5% beneficial interest in Marquette National Bank trust #14800** | **J** | **2,130,000.00** | **529,567.00** |

| | |
|---|---|
| Sub-Total > | **4,825,000.00** (Total of this page) |
| Total > | **13,028,000.00** |

(Report also on Summary of Schedules)

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    **Joseph R. Pav, Jr.,**                                                           Case No. _____
          **Stephanie L.S. Pav**
_____,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Harris checking (. . . 9203) | J | 10.00 |
| | | Harris checking (. . . 5698) | J | 10.00 |
| | | Charter One checking (. . . 2100) | W | 10.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Nicor (7860-7900 W-Ogden Ave., Lyons) | H | 9,416.36 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing apparel | J | 300.00 |
| 7.  Furs and jewelry. | | Furs and jewelry | W | 6,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | John Hancock Insurance 1,000,000 term | H | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **18,246.36**
(Total of this page)

_**3**_     continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**                                                      Case No. _____
         **Stephanie L.S. Pav**
                                                    ,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **25% Pav Custom Builders, LLC** | H | 1.00 |
| | | **33 1/3% Pav Custom Builders, LLC 2** | H | 1.00 |
| | | **25% Colorado Investment Partnership LLC** | H | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **25% Riverside Trails** | H | 1.00 |
| | | **33 1/3% Rainbow Property Management** | H | 1.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Chrisley Asset Management** | - | 3,853.96 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Inland Bank Trust #00-500 (f/n/a AmeriMark Bank) 25% ownership** | H | 0.00 |
| | | **Inland Bank Trust #00-507 (f/n/a AmeriMark Bank) 33 1/3% ownership** | H | 0.00 |
| | | **Inland Bank Trust #01-524 (f/n/a AmeriMark Bank) 25% ownership** | H | 0.00 |
| | | **Inland Bank Trust #02-530 (f/n/a AmeriMark Bank) 33 1/3% ownership** | H | 0.00 |

Sub-Total >        **3,858.96**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**
       **Stephanie L.S. Pav**

Case No. _____

_____,
           Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Inland Bank Trust #04-541 (f/n/a AmeriMark Bank)** 33 1/3% ownership | H | 0.00 |
| | | **Inland Bank Trust #04-543 (f/n/a AmeriMark Bank)** 25% ownership | H | 0.00 |
| | | **Chicago Title Land Trust Co. #6420** 25% ownership | H | 0.00 |
| | | **Chicago Title Land Trust Co. #8105** 20% ownership | H | 0.00 |
| | | **Chicago Title Land Trust Co. #9290** 33 1/3% ownership | H | 0.00 |
| | | **Chicago Title Land Trust Co. #980135** 25% ownership | H | 0.00 |
| | | **Marquette National Bank Trust #14800** 5% ownership | H | 0.00 |
| | | **Marquette National Bank Trust #15819** 5% ownership | H | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **1347 Wesley** | H | 2,187.50 |
| | | **39 Tahoe Lane** | H | 2,800.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Loan Originator License (ILL)** | - | 0.00 |
| | | **Real Estate Broker's License (ILL)** | - | 0.00 |

Sub-Total >     **4,987.50**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**
       **Stephanie L.S. Pav**                       Case No. _____

_____,
                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Lexus ES 300** | **J** | **7,125.00** |
| | | **2001 Chevy Blazer** | **H** | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **9,125.00** |
| (Total of this page) | |
| Total > | **36,217.82** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Joseph R. Pav, Jr.,**                                    Case No. _____
        **Stephanie L.S. Pav**
                                        Debtors                                        ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                              *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single family frame** | **735 ILCS 5/12-112 Tenants by entirety** | **360,000.00** | **360,000.00** |
| **3951 Forest Avenue** | | | |
| **Western Springs, IL  60558** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Harris** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **checking (. . . 9203)** | | | |
| | | | |
| **Harris** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **checking (. . . 5698)** | | | |
| | | | |
| **Charter One** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **checking (. . . 2100)** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Wearing apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Lexus ES 300** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **7,125.00** |
| | | | |
| **Other Exemptions** | | | |
| **Engagement ring** | **735 ILCS 5/12-1001(b)** | **5,445.00** | **6,000.00** |

Total:            **373,075.00**            **375,955.00**

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Joseph R. Pav, Jr.,**
　　　**Stephanie L.S. Pav**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Constance Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** | X | J | **142.14 acres vacant**<br>**104th Avenue & Stunekel Road**<br>**Frankfort, IL**<br>***see Rooney*** <br><br>Value $　　　　**2,130,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **015951-00** <br><br>**Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60121** | X | J | **1st mortgage**<br>**6 unit residential**<br>**3057 S. Harlem Avenue**<br>**Berywn, IL  60402** <br><br>Value $　　　　**420,000.00** | | | | **434,698.00** | **14,698.00** |
| Account No. **908650-00** <br><br>**Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60121** | X | J | **1st mortgage**<br>**Single family**<br>**6527 W. 26th Place**<br>**Berwyn, IL  60402** <br><br>Value $　　　　**180,000.00** | | | | **183,271.00** | **3,271.00** |
| Account No. **01-5950-00** <br><br>**Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60121** | | J | **1st mortgage**<br>**11 unit residential**<br>**1246 S. 57th**<br>**Cicero, IL  60804**<br>***cross collateral to The Private Bank &**<br>**Trust*** <br><br>Value $　　　　**440,000.00** | | | | **505,573.00** | **65,573.00** |
| **4** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **1,123,542.00** | **83,542.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**
    **Stephanie L.S. Pav**

Case No. _____

                                   ,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **560551-00** <br><br> **Elgin State Bank** <br> **1001 S. Randall Road** <br> **Elgin, IL 60121** | | J | **1st mortgage** <br> **60 units residential** <br> **7860-7900 W. Ogden Avenue** <br> **Lyons, IL  60534** <br> **Also cross collateralized by Elgin State Bank account #017250-00** <br><br> Value $      **3,000,000.00** | | | | **3,512,229.00** | **512,229.00** |
| Account No. **017250-00** <br><br> **Elgin State Bank** <br> **1001 S. Randall Road** <br> **Elgin, IL 60121** | | J | **1st mortgage** <br> **Commercial** <br> **2900 Colorado Avenue** <br> **Joliet, IL  60435** <br> **Also cross collateralized by Elgin State Bank account #560551-00** <br><br> Value $      **2,600,000.00** | | | | **2,377,890.00** | **0.00** |
| Account No. **56075000** <br><br> **Elgin State Bank** <br> **1001 S. Randall Road** <br> **Elgin, IL 60121** | | J | **Mortgage** <br> **66.977 acres vacant** <br> **Timberline & West New Avenue** <br> **Lemont, IL  60439** <br><br> Value $      **4,225,000.00** | | | | **2,106,938.00** | **0.00** |
| Account No. **56075100** <br><br> **Elgin State Bank** <br> **1001 S. Randall Road** <br> **Elgin, IL 60121** | | J | **Line of credit and collateralized by** <br> **66.977 acres vacant** <br> **Timberline & West New Avenue** <br> **Lemont, IL  60439** <br><br> Value $      **4,225,000.00** | | | | **2,022,724.00** | **0.00** |
| Account No. **11-005959-2** <br><br> **George Washington Savings Bank** <br> **10240 S. Cicero Avenue** <br> **Oak Lawn, IL 60453** | | J | **1st mortgage** <br> **Single family frame** <br> **3951 Forest Avenue** <br> **Western Springs, IL  60558** <br><br> Value $      **360,000.00** | | | | **389,000.00** | **29,000.00** |

Sheet  **1**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **10,408,781.00** | **541,229.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Joseph R. Pav, Jr.,**                                              Case No. _____
        **Stephanie L.S. Pav**
                                                                    ,
                                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **81-000662-7** <br><br>**George Washington Savings Bank** <br>**10240 S. Cicero Avenue** <br>**Oak Lawn, IL 60453** | | J | **2nd mortgage** <br>**Single family frame** <br>**3951 Forest Avenue** <br>**Western Springs, IL  60558** <br><br> Value $         **360,000.00** | | | | **50,504.00** | **50,504.00** |
| Account No. **220001792-0000102** <br><br>**George Washington Savings Bank** <br>**10240 S. Cicero Avenue** <br>**Oak Lawn, IL 60453** | | J | **1st mortgage** <br>**Single family** <br>**4538 Lawn Avenue** <br>**Western Springs, IL** <br><br> Value $         **620,000.00** | | | | **686,022.00** | **66,022.00** |
| Account No. **1670800** <br><br>**Inland Bank & Trust** <br>**5456 S. LaGrange Road** <br>**Countryside, IL 60525** | X | J | **Deficiency from short sale of 4061** <br>**Garden Avenue, Western Springs, IL** <br>**60558** <br><br> Value $              **0.00** | | | | **40,015.00** | **40,015.00** |
| Account No. **1660300** <br><br>**Inland Bank & Trust** <br>**5456 S. LaGrange Road** <br>**Countryside, IL 60525** | | J | **1st mortgage** <br>**Single family** <br>**1533 S. 57th Court** <br>**Cicero, IL  60804** <br><br> Value $          **90,000.00** | | | | **130,728.00** | **40,728.00** |
| Account No. <br><br>**Joseph T. Selbka & Lydia R. Selbka** <br>**c/o Law Offices Joseph P. Selbka** <br>**53 W. Jackson Blvd., Ste. 1118** <br>**Chicago, IL 60604** | X | J | **1st mortgage** <br>**28.863 acres & single family** <br>**16453 127th Street** <br>**Lemont, IL** <br><br> Value $       **1,768,000.00** | | | | **2,250,615.00** | **482,615.00** |

Sheet  **2**   of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **3,157,884.00** | **679,884.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Joseph R. Pav, Jr.,**    Case No. _____
        **Stephanie L.S. Pav**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kimberly A. Rooney**<br>**c/o Wolin, Kelter & Rosen, Ltd.**<br>**55 W. Monrose St., Ste. 3600**<br>**Chicago, IL 60603** | X | J | **1st mortgage**<br>**142.14 acres vacant**<br>**104th Avenue & Stunekel Road**<br>**Frankfort, IL**<br><br>Value $                2,130,000.00 | | | | 529,567.00 | 0.00 |
| Account No.<br><br>**Lorraine Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** | | J | **142.14 acres vacant**<br>**104th Avenue & Stunekel Road**<br>**Frankfort, IL**<br>**\*see Rooney\***<br><br>Value $                2,130,000.00 | | | | Unknown | Unknown |
| Account No. **4217311**<br><br>**MB Financial Bank**<br>**P.O. Box 6261**<br>**Chicago, IL 60680** | X | J | **1st mortgage**<br>**6 unit residential**<br>**9122 W. 31st**<br>**Brookfield, IL  60513**<br>**\*cross collateral to the Private Bank &**<br>**Trust $2,055,000.00**<br>Value $                  400,000.00 | | | | 330,420.00 | 0.00 |
| Account No.<br><br>**Sylvester J. Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** | X | J | **142.14 acres vacant**<br>**104th Avenue & Stunekel Road**<br>**Frankfort, IL**<br>**\*see Rooney\***<br><br>Value $                2,130,000.00 | | | | Unknown | Unknown |
| Account No.<br><br>**Sylvester J. Ptak**<br>**5717 W. 35th Street**<br>**Cicero, IL 60804** | X | J | **1st mortgage**<br>**154.14 acres vacant land**<br>**23541 S. Center Road**<br>**Frankfort, IL**<br><br>Value $                2,695,000.00 | | | | 859,794.00 | 0.00 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 1,719,781.00 | 0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joseph R. Pav, Jr.,**
      **Stephanie L.S. Pav**

Case No. _____

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **00005559766-09002**<br><br>**The Private Bank & Trust**<br>**P.O. Box 979**<br>**Bloomfield Hills, MI 48303** | X | J | Junior liens on: 1246 S. 57th, Cicero; 9122 W. 31st, Brookfield. *Senior liens but not Debtors' property: 3244 Oak Park Ave, Berywn; 6525 Stanely, Berywn, IL<br>Value $      **Unknown** | | | | **628,448.00** | **Unknown** |
| Account No.<br><br>**The Private Bank & Trust**<br>**P.O. Box 979**<br>**Bloomfield Hills, MI 48303** | | J | Junior liens on: 1246 S. 57th, Cicero; 9122 W. 31st, Brookfield. *Senior liens but not Debtors' property: 3244 Oak Park Ave, Berywn; 6525 Stanely, Berywn, IL<br>Value $      **Unknown** | X | | | **Unknown** | **Unknown** |
| Account No. **00005559847-09001**<br><br>**The Private Bank & Trust**<br>**P.O. Box 979**<br>**Bloomfield Hills, MI 48303** | | J | 1st mortgage Condominium 426 Euclid #1N Oak Park, IL<br>Value $      **150,000.00** | | | | **155,713.00** | **5,713.00** |
| Account No. **00005559847-09002**<br><br>**The Private Bank & Trust**<br>**P.O. Box 979**<br>**Bloomfield Hills, MI 48303** | | J | 1st mortgage Condominium 426 Euclid #2N Oak Park, IL<br>Value $      **150,000.00** | | | | **158,108.00** | **8,108.00** |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet _**4**_ of _**4**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **942,269.00**    **13,821.00**

Total    **17,352,257.00**    **1,318,476.00**
(Report on Summary of Schedules)

B6E (Official Form 6E) (4/10)

.

In re    **Joseph R. Pav, Jr.,**                                          Case No. _____
**Stephanie L.S. Pav**
                                                                        ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Joseph R. Pav, Jr.,**
    **Stephanie L.S. Pav**

Case No. _____

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 912576121 <br><br> **Allstate Indemnity Company** <br> **PO Box 3576** <br> **Akron, OH 44309** | X | - | **Contingent corporate obligations** <br> **1533 S. 57th Court, Cicero** | X | | | 218.48 |
| Account No. 912196324 <br><br> **Allstate Indemnity Company** <br> **PO Box 3576** <br> **Akron, OH 44309** | | - | **Contingent corporate obligations** <br> **4538 Lawn Ave., Western Springs** | | X | | 2,344.08 |
| Account No. 911230159 <br><br> **Allstate Indemnity Company** <br> **PO Box 3576** <br> **Akron, OH 44309** | | - | **Contingent corporate obligations** <br> **6527 W. 26th Place, Berwyn** | | X | | 240.80 |
| Account No. 3715-484490-31003 <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096** | X | - | **Goods and services under Joseph Pav of Pav Realtors** | | | | 5,482.30 |

  __20__  continuation sheets attached

Subtotal
(Total of this page)

8,285.66

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:33609-100329   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph R. Pav, Jr.,**                                    Case No. _____
        **Stephanie L.S. Pav**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **3715-490334-02006** **American Express** **Box 0001** **Los Angeles, CA 90096** | | - | | | Contingent corporate obligations Joseph J. Pav/Steve Pav/Joseph R.Pav/Julie Pav | | X | | 16,831.26 |
| Account No. **3715-372218-41002** **American Express** **Box 0001** **Los Angeles, CA 90096** | | - | | | Contingent corporate obligations Joseph J. Pav/Steve Pav/Joseph R. Pav/Julie Pav | | X | | 1,497.91 |
| Account No. **None** **American Marine of Delavan, Inc.** **PO Box 102** **Delavan, WI 53115** | X | - | | | Contingent corporate obligations Joe Pav/Pav Builders | | X | | 1,468.48 |
| Account No. **Andrew & Shirley Jendrusiak** **3562 San Carlos Drive** **Saint James City, FL 33956** | X | J | | | Note dated 7/9/09 | | | | 161,333.00 |
| Account No. **815 267-3524 393 6** **AT&T** **PO Box 8100** **Aurora, IL 60507** | X | - | | | Contingent corporate obligations 2900 Colorado Ave., Joliet | | X | | 33.88 |

Sheet no. __1__ of __20__ sheets attached to Schedule of                 Subtotal             | 181,164.53
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph R. Pav, Jr.,**　　　　　　　　　　　　　　　Case No. _____
　　　**Stephanie L.S. Pav**
　　　_____,
　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5490 3548 8260 8745** <br><br> **Bank of America** <br> **PO Box 15026** <br> **Wilmington, DE 19850** | | H | | Goods and services | | | | **17,096.54** |
| Account No. **4695-9650-0288-3110** <br><br> **Barclaycard** <br> **Card Services** <br> **PO Box 13337** <br> **Philadelphia, PA 19101** | | W | | Goods and services | | | | **1,442.32** |
| Account No. **5049 9020 1126 0006** <br><br> **Bill Me Later** <br> **PO Box 2394** <br> **Omaha, NE 68103** | | W | | Goods and services | | | | **2,142.44** |
| Account No. **5049 9020 0375 9502** <br><br> **Bill Me Later** <br> **PO Box 2394** <br> **Omaha, NE 68103** | | W | | Goods and services | | | | **2,251.16** |
| Account No. **3725-592403-72008** <br><br> **Blue from American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096** | | H | | Goods and services | | | | **2,002.05** |

Sheet no. __2___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,934.51**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**
       **Stephanie L.S. Pav**                                            Case No. _____
_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **50404991**<br><br>**Bureau of Water & Sewer**<br>**Town of Cicero**<br>**4949 W. Cermak Road**<br>**Cicero, IL 60804** | X | - | | **Contingent corporate obligations**<br>**1246 S. 57th Ave., Cicero** | X | | | 567.76 |
| Account No. **20611930**<br><br>**Bureau of Water & Sewer**<br>**Town of Cicero**<br>**4949 W. Cermak Road**<br>**Cicero, IL 60804** | | - | | **Contingent corporate obligations**<br>**1533 S. 57th Court, Cicero** | X | | | 88.79 |
| Account No. **4305-7270-7289-7475**<br><br>**Capital One**<br>**PO Box 6492**<br>**Carol Stream, IL 60197** | | H | | **Goods and services** | | | | 17,943.31 |
| Account No. **4003-4470-0086-4472**<br><br>**Capital One**<br>**PO Box 6492**<br>**Carol Stream, IL 60197** | | H | | **Goods and services** | | | | 5,771.62 |
| Account No. **4417 1208 5255 8837**<br><br>**Chase**<br>**Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | H | | **Goods and services** | | | | 3,028.43 |

Sheet no. __3___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,399.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph R. Pav, Jr.,**                                      Case No. _____
       **Stephanie L.S. Pav**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. 930-0056942-000 | | | | Contingent corporate obligations Joseph J. Pav/Steve Pav/Joseph R. Pav/Julie Pav | | | | |
| **CIT Technology Financing Services** **c/o McCarthy, Burgess & Wolff** **26000 Cannon Road** **Bedford, OH 44146** | X | - | | | X | | | 4,396.05 |
| Account No. 5424 1807 6923 3542 | | | | Goods and services | | | | |
| **Citi Cards** **Customer Service** **Box 6000** **The Lakes, NV 89163** | | H | | | | | | 2,894.12 |
| Account No. 5424 1808 4264 5423 | | | | Goods and services | | | | |
| **Citi Cards - Dividend Platinum** **Customer Service** **Box 6000** **The Lakes, NV 89163** | | H | | | | | | 26,626.03 |
| Account No. 5082 2900 2821 0893 | | | | Goods and services for Joseph Pav under Pav Custom Builders | | | | |
| **CitiBusiness Card** **PO Box 6235** **Sioux Falls, SD 57117** | | - | | | | | | 3,921.99 |
| Account No. 5466 1601 7494 4320 | | | | Goods and services | | | | |
| **CitiCards** **Customer Service** **Box 6000** **The Lakes, NV 89163** | | W | | | | | | 27,415.16 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           65,253.35

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**
    **Stephanie L.S. Pav**    Case No. _____

                                                ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5428273022** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | X | - | | **Contingent corporate obligations** <br> **1246 S. 57th Ave., Cicero** | X | | | 141.43 |
| Account No. **4920045025** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | - | | **Contingent corporate obligations** <br> **3057 S. Harlem, Berwyn** | X | | | 60.00 |
| Account No. **5329119025** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | - | | **Contingent corporate obligations** <br> **9122 W. 31st St., Brookfield** | X | | | 132.94 |
| Account No. **5250393004** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | - | | **Business obligations** <br> **7860 W. Ogden Ave., Lyons** | | | | 121.28 |
| Account No. **5250408000** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | - | | **Business obligations** <br> **7870 W. Ogden Ave., Lyons** | | | | 191.91 |

Sheet no. __**5**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
      (Total of this page)    **647.56**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph R. Pav, Jr.,**
      **Stephanie L.S. Pav**

Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5250421003** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | - | **Business obligations** <br> **7880 W. Ogden Ave., Lyons** | | | | 118.76 |
| Account No. **4914192004** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | - | **Business obligations** <br> **7890 W. Ogden Ave., Lyons** | | | | 100.84 |
| Account No. **5250449001** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | - | **Business obligations** <br> **7900 W. Ogden Ave., Lyons** | | | | 113.57 |
| Account No. **4595009013** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | - | **Contingent corporate obligations** <br> **2900 Colorado Ave., Joliet** | X | | | 82.97 |
| Account No. **Ending in 6011** <br><br> **Discover Card** <br> **PO Box 30943** <br> **Salt Lake City, UT 84130** | | W | **Goods and services** | | | | 1,822.76 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,238.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph R. Pav, Jr.,**
**Stephanie L.S. Pav**
                                                                Case No. _____

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6011 0076 0074 0350** <br><br> **Discover Card** <br> **Discover Financial Services** <br> **PO Box 6103** <br> **Carol Stream, IL 60197** | | H | | | Goods and services | | | | 12,770.11 |
| Account No. **24-093070731** <br><br> **Dominion Retail** <br> **c/o CBCS 24** <br> **PO Box 164059** <br> **Columbus, OH 43216** | | - | | | Business obligations <br> 7860 W. Ogden Ave., Lyons | | | | 2,852.78 |
| Account No. **24-093070719** <br><br> **Dominion Retail** <br> **c/o CBCS 24** <br> **PO Box 164059** <br> **Columbus, OH 43216** | | - | | | Business obligations <br> 7870 W. Ogden Ave., Lyons | | | | 3,017.65 |
| Account No. **24-093070715** <br><br> **Dominion Retail** <br> **c/o CBCS 24** <br> **PO Box 164059** <br> **Columbus, OH 43216** | | - | | | Business obligations <br> 7880 W. Ogden Ave., Lyons | | | | 3,117.09 |
| Account No. **24-093070734** <br><br> **Dominion Retail** <br> **c/o CBCS 24** <br> **PO Box 164059** <br> **Columbus, OH 43216** | | - | | | Business obligations <br> 7890 W. Ogden Ave., Lyons | | | | 2,275.88 |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,033.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph R. Pav, Jr.,**
    **Stephanie L.S. Pav**

Case No. _____

                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **24-100062757** <br><br> **Dominion Retail** <br> **c/o CBCS 24** <br> **PO Box 164059** <br> **Columbus, OH 43216** | | - | **Business obligations** <br> **7900 W. Ogden Ave., Lyons** | | | | 2,314.44 |
| Account No. **6018 5952 0159 2777** <br><br> **Gap Silver Card** <br> **GE Money Bk, Attn: Bankruptcy Dept** <br> **PO Box 103104** <br> **Roswell, GA 30076** | | W | **Goods and services** | | | | 1,127.77 |
| Account No. **64342** <br><br> **Groot Industries, Inc.** <br> **P.O. Box 92257** <br> **Elk Grove Village, IL 60009-2257** | X | J | **Contingent Corporate Obligation** <br> **9122 W. 31st Street, Brookfield, IL** | X | | | 243.26 |
| Account No. **P1154** <br><br> **H.H. Holmes Testing Laboratories** <br> **170 Shepard Avenue** <br> **Wheeling, IL 60090** | X | - | **Contingent corporate obligations** <br> **Timberline & West New Avenue, Lemont** | X | | | 6,746.75 |
| Account No. **6035 3202 4921 4998** <br><br> **Home Depot Credit Services** <br> **PO Box 653000** <br> **Dallas, TX 75265** | X | H | **Goods and services** | | | | 3,703.18 |

Sheet no. __8___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,135.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph R. Pav, Jr.,**
      **Stephanie L.S. Pav**
                                                                    Case No. _____
                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 6035-3220-1447-2561 | | | - | | Contingent corporate obligations Joseph J. Pav/Steve Pav/Joseph R. Pav/Julie Pav | | X | | |
| **Home Depot Credit Services PO Box 6029 The Lakes, NV 88901** | | | | | | | | | 18,230.29 |
| Account No. 5588-8000-0311-7274 | | | - | | Contingent corporate obligations Joseph J. Pav/Steve Pav/Joseph R. Pav/Julie Pav | | X | | |
| **Home Depot Credit Services PO Box 6925 The Lakes, NV 88901** | | | | | | | | | 10,940.79 |
| Account No. 5488-9750-0193-2220 | | W | | | Goods and services | | | | |
| **Household Bank MasterCard HSBC Card Services PO Box 80084 Salinas, CA 93912** | | | | | | | | | 3,035.96 |
| Account No. 6004-3005-8055-3557 | X | - | | | Contingent corporate obligations Joseph J. Pav/Steve Pav/Joseph R. Pav/Julie Pav | | X | | |
| **HSBC Business Solutions PO Box 5219 Carol Stream, IL 60197** | | | | | | | | | 4,303.00 |
| Account No. 627660 | X | - | | | Contingent corporate obligations 2900 Colorado Avenue, Joliet | | X | | |
| **Indiana Insurance Company PO Box 7906 Loveland, OH 45140** | | | | | | | | | 1,603.60 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                (Total of this page)        38,113.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**
     **Stephanie L.S. Pav**
                                                   ,

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **533 342 486 81** <br><br>**JCPenney** <br>**Customer Service** <br>**PO Box 981131** <br>**El Paso, TX 79998** | | W | | Goods and services | | | | 294.28 |
| Account No. **646203** <br><br>**Konica Minolta** <br>**100 Williams Drive** <br>**Ramsey, NJ 07446** | X | - | | Contingent corporate obligations <br>Joseph J. Pav/Steve Pav/Joseph R. Pav/Julie Pav | X | | | 1,562.13 |
| Account No. **43-812-501-470-0** <br><br>**Macy's** <br>**Bankruptcy Processing** <br>**PO Box 8053** <br>**Mason, OH 45040** | | W | | Goods and services | | | | 2,876.30 |
| Account No. **maj-426-1N-pav1n** <br><br>**Majestic Condominium Association** <br>**c/o Mastercare Building Svcs.** <br>**41 Chicago Avenue** <br>**Oak Park, IL 60302** | X | J | | Contingent corporate obligation <br>426 Euclid Ave #1N, Oak Park, IL | X | | | 723.30 |
| Account No. **maj-426-2N-pav2n** <br><br>**Majestic Condominium Association** <br>**c/o Mastercare Building Svcs.** <br>**41 Chicago Avenue** <br>**Oak Park, IL 60302** | | J | | Contingent Corporate Obligation <br>426 Euclid Ave #2N, Oak Park, IL | X | | | 723.30 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,179.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph R. Pav, Jr.,**  
　　　　**Stephanie L.S. Pav**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,  
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **976 999 504 5290**<br><br>**Montgomery Ward**<br>**3650 Milwaukee St.**<br>**Madison, WI 53714** | | W | | Goods and services | | | | 683.55 |
| Account No. **. . . .3054**<br><br>**Moraine Valley Community College**<br>**9000 W. College Pkwy**<br>**Palos Hills, IL 60465** | | W | | Tuition | | | | 1,022.00 |
| Account No. **0000-0481-0249-7889**<br><br>**Neiman Marcus**<br>**Customer Service**<br>**PO Box 729080**<br>**Dallas, TX 75372** | | W | | Goods and services | | | | 345.94 |
| Account No. **30-63-08-00008**<br><br>**Nicor**<br>**PO Box 0632**<br>**Aurora, IL 60507** | X | - | | Utility services | | | | 5,550.12 |
| Account No. **40-63-08-00007**<br><br>**Nicor**<br>**PO Box 0632**<br>**Aurora, IL 60507** | | - | | Utility services | | | | 5,235.31 |

Sheet no. __11__ of __20__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**12,836.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph R. Pav, Jr.,**     Case No. _____
     **Stephanie L.S. Pav**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **70-63-08-00004** <br><br> Nicor <br> PO Box 0632 <br> Aurora, IL 60507 | | - | Utility services | | | | 6,154.64 |
| Account No. **90-63-08-00002** <br><br> Nicor <br> PO Box 0632 <br> Aurora, IL 60507 | | - | Utility services | | | | 4,008.25 |
| Account No. **11-63-08-00008** <br><br> Nicor <br> PO Box 0632 <br> Aurora, IL 60507 | | - | Utility services | | | | 5,962.31 |
| Account No. **66-79-42-4520 0** <br><br> Nicor <br> PO Box 0632 <br> Aurora, IL 60507 | | - | Contingent corporate obligations <br> 1246 S. 57th Avenue, Cicero | X | | | 6,579.46 |
| Account No. **08-81-99-6465 4** <br><br> Nicor <br> PO Box 0632 <br> Aurora, IL 60507 | | - | Contingent corporate obligations <br> 3057 S. Harlem, Berwyn | X | | | 4,222.99 |

Sheet no. __12__ of __20__ sheets attached to Schedule of           Subtotal           26,927.65
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph R. Pav, Jr.,**
       **Stephanie L.S. Pav**
                                                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **81-57-18-0000 2** <br><br> **Nicor** <br> **PO Box 0632** <br> **Aurora, IL 60507** | | - | | | **Contingent corporate obligations** <br> **9122 W. 31st St., Brookfield** | X | | | 2,896.30 |
| Account No. **30-63-08-0000 8** <br><br> **Nicor** <br> **PO Box 0632** <br> **Aurora, IL 60507** | | - | | | **Business obligations** <br> **7860 W. Ogden Ave., Lyons** | | | | 5,550.12 |
| Account No. **40-63-08-0000 7** <br><br> **Nicor** <br> **PO Box 0632** <br> **Aurora, IL 60507** | | - | | | **Business obligations** <br> **7870 W. Ogden Ave., Lyons** | | | | 5,235.31 |
| Account No. **70-63-08-0000 4** <br><br> **Nicor** <br> **PO Box 0632** <br> **Aurora, IL 60507** | | - | | | **Business obligations** <br> **7880 W. Ogden Ave., Lyons** | | | | 6,154.64 |
| Account No. **90-63-08-0000 2** <br><br> **Nicor** <br> **PO Box 0632** <br> **Aurora, IL 60507** | | - | | | **Business obligations** <br> **7890 W. Ogden Ave., Lyons** | | | | 4,008.25 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,844.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**                        Case No. _____

          **Stephanie L.S. Pav**

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **11-63-08-0000 8**<br><br>**Nicor**<br>**PO Box 0632**<br>**Aurora, IL 60507** | | - | | **Business obligations**<br>**7900 W. Ogden Ave., Lyons** | | | | **5,962.31** |
| Account No. **6018 5962 3356 5633**<br><br>**Old Navy**<br>**GE Money Bk, Attn: Bankruptcy Dept**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | W | | **Goods and services** | | | | **1,685.79** |
| Account No. **5215-3188-3765-6061**<br><br>**Platinum MasterCard**<br>**HSBC Card Services**<br>**PO Box 80026**<br>**Salinas, CA 93912** | | W | | **Goods and services** | | | | **1,171.96** |
| Account No. **5856-3730-5715-7955**<br><br>**Pottery Barn**<br>**WFNNB - Bankruptcy Dept.**<br>**PO Box 18215**<br>**Columbus, OH 43218** | | W | | **Goods and services** | | | | **2,336.67** |
| Account No. **BW 020445**<br><br>**Public Service Mutual Insurance Co.**<br>**14763 Collections Center Drive**<br>**Chicago, IL 60693** | X | - | | **Contingent corporate obligations**<br>**1246 S. 57th Ave., Cicero**<br>**3057 S. Harlem, Berwyn**<br>**9122 W. 31st St., Brookfield**<br>**7860-7900 W. Ogden Ave., Lyons** | | X | | **1,517.02** |

Sheet no. __14__ of __20__ sheets attached to Schedule of                  Subtotal

Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)      **12,673.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph R. Pav, Jr.,**
      **Stephanie L.S. Pav**

Case No. _____

                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **None** <br><br> **R & R Enterprises** <br> **15311 S. Corbin Street** <br> **Plainfield, IL 60544** | X | - | Contingent corporate obligations <br> 2900 Colorado Ave., Joliet | X | | | 2,400.00 |
| Account No. <br><br> **Rieff Schramm & Kanter** <br> **100 N. LaSalle St.** <br> **23rd Floor** <br> **Chicago, IL 60602** | X | - | Legal service | | | | 457.00 |
| Account No. **#D3958mr** <br><br> **Rieff Schramm & Kanter** <br> **100 N. LaSalle St.** <br> **23rd Floor** <br> **Chicago, IL 60602** | | - | Contingent corporate obligations <br> 1246 S. 57th Avenue, Cicero | X | | | 4,392.00 |
| Account No. **#C1043MAR** <br><br> **Rieff Schramm & Kanter** <br> **100 N. LaSalle St.** <br> **23rd Floor** <br> **Chicago, IL 60602** | | - | Contingent corporate obligations <br> 1533 S. 57th Court, Cicero | X | | | 82.00 |
| Account No. **#D3944mr** <br><br> **Rieff Schramm & Kanter** <br> **100 N. LaSalle St.** <br> **23rd Floor** <br> **Chicago, IL 60602** | | - | Contingent corporate obligations <br> 3057 S. Harlem, Berwyn | X | | | 372.00 |

Sheet no. __15__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,703.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph R. Pav, Jr.,**                           Case No. _____
           **Stephanie L.S. Pav**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **#D4183mr** <br><br> Rieff Schramm & Kanter <br> 100 N. LaSalle St. <br> 23rd Floor <br> Chicago, IL 60602 | - | | | Contingent corporate obligations <br> 4538 Lawn Avenue, Western Springs | X | | | 837.00 |
| Account No. **#D4062mr** <br><br> Rieff Schramm & Kanter <br> 100 N. LaSalle St. <br> 23rd Floor <br> Chicago, IL 60602 | - | | | Contingent corporate obligations <br> 6527 26th Place, Berwyn | X | | | 345.00 |
| Account No. **#D3856mr** <br><br> Rieff Schramm & Kanter <br> 100 N. LaSalle St. <br> 23rd Floor <br> Chicago, IL 60602 | - | | | Contingent corporate obligations <br> 7860 W. Ogden Ave., Lyons | X | | | 10,219.00 |
| Account No. **#C1109MAR** <br><br> Rieff Schramm & Kanter <br> 100 N. LaSalle St. <br> 23rd Floor <br> Chicago, IL 60602 | - | | | Contingent corporate obligations <br> 7860 W. Ogden Ave., Lyons | X | | | 12,837.00 |
| Account No. **#D3988mr** <br><br> Rieff Schramm & Kanter <br> 100 N. LaSalle St. <br> 23rd Floor <br> Chicago, IL 60602 | - | | | Contingent corporate obligations <br> 3515 S. Lombard, Cicero | X | | | 324.00 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **24,562.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph R. Pav, Jr.,**
       **Stephanie L.S. Pav**
                                                                        Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. #D4068mr | | - | | Contingent corporate obligations 2809 Wisconsin, Berwyn | X | | | |
| **Rieff Schramm & Kanter 100 N. LaSalle St. 23rd Floor Chicago, IL 60602** | | | | | | | | 396.00 |
| Account No. 150840 | X | - | | Contingent corporate obligations Timberline & West New Avenue, Lemont 10 M1 105822 | X | | | |
| **Roake & Associates, Inc. c/o Teller Levit & Silvertrust, PC 11 East Adams Street Chicago, IL 60603** | | | | | | | | 23,213.69 |
| Account No. 4266 8412 0496 9172 | | H | | Goods and services | | | | |
| **Slate from Chase Cardmember Service PO Box 15153 Wilmington, DE 19886** | | | | | | | | 12,694.00 |
| Account No. 9099897 | X | J | | Contingent Corporate Obligation 7860-7900 W. Ogden Avenue, Lyons, IL | X | | | |
| **Smithereen Pest Management 7400 N. Melvina Avenue Niles, IL 60714-3908** | | | | | | | | 870.00 |
| Account No. 93-T4-5136-4 | X | J | | Contingent Corporate Obligation 9122 W. 31st Street, Brookfield, IL | X | | | |
| **State Farm Fire & Casualty Company 2702 Ireland Grove Road Bloomington, IL 61709-0001** | | | | | | | | 221.21 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,394.90

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**
     **Stephanie L.S. Pav**
                                                ,

Case No. _____

                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9-640-756-387**<br><br>**Target National Bank**<br>**c/o Target Credit Services**<br>**PO Box 1581**<br>**Minneapolis, MN 55440** | | W | **Goods and services** | | | | 751.87 |
| Account No. **0040627702-0**<br><br>**The City of Berwyn**<br>**6700 W. 26th St.**<br>**Berwyn, IL 60402** | | - | **Contingent corporate obligations**<br>**3057 S. Harlem, Berwyn** | X | | | 97.09 |
| Account No. **None**<br><br>**The Lannert Group, Inc.**<br>**215 Fulton Street**<br>**Geneva, IL 60134** | X | - | **Contingent corporate obligations**<br>**Timberline & West New Avenue, Lemont** | X | | | 11,329.00 |
| Account No. **T8035971-4**<br><br>**Veolia Environmental Services**<br>**PO Box 6484**<br>**Carol Stream, IL 60197** | X | - | **Contingent corporate obligations**<br>**3057 S. Harlem, Berwyn** | X | | | 346.21 |
| Account No. **T8035985-8**<br><br>**Veolia Environmental Services**<br>**PO Box 6484**<br>**Carol Stream, IL 60197** | | - | **Contingent corporate obligations**<br>**3057 S. Harlem, Berwyn** | X | | | 158.79 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,682.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph R. Pav, Jr.,**
         **Stephanie L.S. Pav**                                                Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. T8014191-3<br><br>**Veolia Environmental Services**<br>**PO Box 6484**<br>**Carol Stream, IL 60197** | | - | **Contingent corporate obligations**<br>**7860-7900 W. Ogden Ave., Lyons** | X | | | 500.00 |
| Account No. A 1663A<br><br>**Village of Brookfield**<br>**8820 Brookfield Avenue**<br>**Brookfield, IL 60513** | X | - | **Contingent corporate obligations**<br>**9122 W. 31st Street, Brookfield** | X | | | 531.25 |
| Account No. 009920-000<br><br>**Village of Lyons**<br>**4200 Lawndale**<br>**Lyons, IL 60534** | X | - | **Contingent corporate obligations**<br>**7860 W. Ogden Ave., Lyons** | X | | | 2,538.58 |
| Account No. 009922-000<br><br>**Village of Lyons**<br>**4200 Lawndale**<br>**Lyons, IL 60534** | | - | **Contingent corporate obligations**<br>**7870 W. Ogden Ave., Lyons** | X | | | 356.72 |
| Account No. 009924-000<br><br>**Village of Lyons**<br>**4200 Lawndale**<br>**Lyons, IL 60534** | | - | **Contingent corporate obligations**<br>**7880 W. Ogden Ave., Lyons** | X | | | 2,454.23 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,380.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph R. Pav, Jr.,**
       **Stephanie L.S. Pav**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **009926-000**<br><br>**Village of Lyons**<br>**4200 Lawndale**<br>**Lyons, IL 60534** | - | | | | **Contingent corporate obligations**<br>**7890 W. Ogden Ave., Lyons** | X | | | 831.45 |
| Account No. **009928-000**<br><br>**Village of Lyons**<br>**4200 Lawndale**<br>**Lyons, IL 60534** | - | | | | **Contingent corporate obligations**<br>**7900 W. Ogden Ave., Lyons** | X | | | 809.55 |
| Account No. **None**<br><br>**Village of Lyons**<br>**4200 Lawndale**<br>**Lyons, IL 60534** | - | | | | **Contingent corporate obligations**<br>**7860-7900 W. Ogden Ave., Lyons** | X | | | 500.00 |
| Account No. **014880512**<br><br>**Von Maur**<br>**6565 Brady Street**<br>**Davenport, IA 52806** | | W | | | **Goods and services** | | | | 971.41 |
| Account No. **5856-3706-9069-1887**<br><br>**WFNNB - The Room Place**<br>**PO Box 659704**<br>**San Antonio, TX 78265** | | H | | | **Goods and services** | | | | 2,032.17 |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 5,144.58 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 562,537.44 |

B6G (Official Form 6G) (12/07)

.

In re    **Joseph R. Pav, Jr.,**                                                    Case No. _____
         **Stephanie L.S. Pav**
_____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **1.  Lessee:**<br>**Audrey Bailey Outlaw & Joe Outlaw**<br>**1246 S. 57th Avenue, Apt. 2**<br>**Cicero, IL 60804** | **Residential lease of real property**<br>**at $675.00 per month, terminates 9/30/09**<br>**then month-to-month** |
| **1.  Lessor:**<br>**Midwest Property Management**<br>**6447 W. Cermak Rd.**<br>**Berwyn, IL 60402** | **Agent of Midwest Property Management**<br>**Security deposit $977.57** |
| **2.  Lessee:**<br>**Durafshan and Shakir Durrani**<br>**3057 S. Harlem Ave., Apt. 2W**<br>**Berwyn, IL 60402** | **Residential lease of real property**<br>**at $695.00 per month, terminates 10/31/08**<br>**then month-to-month** |
| **2.  Lessor:**<br>**Midwest Property Management**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Agent of Midwest Property Management**<br>**Security deposit $1,042.50** |
| **3.  Lessee:**<br>**Rick and Juliana Verticchio**<br>**426 Euclid Ave., Apt. 1N**<br>**Oak Park, IL 60302** | **Residential lease of real property**<br>**at $1175.00 per month, terminates 6/30/10** |
| **3.  Lessor:**<br>**Pav Custom Builders Managment**<br>**PO Box 97**<br>**Lyons, IL 60534** | **Agent of Pav Custom Builders Management**<br>**Security deposit $1,725.00** |
| **4.  Lessee:**<br>**Kabir Virdi**<br>**426 Euclid Ave., Apt. 2N**<br>**Oak Park, IL 60302** | **Residential lease of real property**<br>**at $1175.00 per month, terminates 4/15/09**<br>**then month-to-month** |
| **4.  Lessor:**<br>**Pav Custom Builders Management**<br>**PO Box 97**<br>**Lyons, IL 60534** | **Agent of Pav Custom Builders Management**<br>**Security deposit $1,762.50** |
| **5.  Lessee:**<br>**Kirsten C. Hines**<br>**4538 Lawn Ave.**<br>**Western Springs, IL 60558** | **Residential lease of real property**<br>**at $3200.00 per month, terminates 5/31/10** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Joseph R. Pav, Jr.,**                                          Case No. _____
        **Stephanie L.S. Pav**
_____,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **5.  Lessor:**<br>**Pav Custom Builders, LLC**<br>**6447 Cermak Road**<br>**Berwyn, IL 60402** | **Agent of Pav Custom Builders LLC**<br>**Security deposit $3,200.00** |
| **6.  Lessee:**<br>**Yolanda Shaw**<br>**7900 W. Ogden Ave., Apt. 2D**<br>**Lyons, IL 60534** | **Residential lease of real property**<br>**at $815 per month, terminates 5/30/09**<br>**then month-to-month** |
| **6.  Lessor:**<br>**Riverside Trails**<br>**6447 W. Cermak Rd.**<br>**Berwyn, IL 60402** | **Agent at Riverside Trails**<br>**Security deposit $1,192.50** |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Joseph R. Pav, Jr.,**                                        Case No. _____
        **Stephanie L.S. Pav**
_____,
                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Chicago Title Land** | **MB Financial Bank**<br>**P.O. Box 6261**<br>**Chicago, IL 60680** |
| **Chicago Title Land Trust #6420** | **State Farm Fire & Casualty Company**<br>**2702 Ireland Grove Road**<br>**Bloomington, IL 61709-0001** |
| **Colorado Investment Partners, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** |
| **Colorado Investment Partners, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** |
| **Colorado Investment Partners, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Indiana Insurance Company**<br>**PO Box 7906**<br>**Loveland, OH 45140** |
| **Colorado Investment Partners, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **R & R Enterprises**<br>**15311 S. Corbin Street**<br>**Plainfield, IL 60544** |
| **Denise Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60121** |
| **Denise Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Sylvester J. Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Denise Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Kimberly A. Rooney**<br>**c/o Wolin, Kelter & Rosen, Ltd.**<br>**55 W. Monrose St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Denise Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Constance Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Denise Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Joseph T. Selbka & Lydia R. Selbka**<br>**c/o Law Offices Joseph P. Selbka**<br>**53 W. Jackson Blvd., Ste. 1118**<br>**Chicago, IL 60604** |

**6**
_____ continuation sheets attached to Schedule of Codebtors

In re   **Joseph R. Pav, Jr.,**               Case No. _____
       **Stephanie L.S. Pav**

_____,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Inland Bank & Trust**<br>**Successor/Trustee of AmeriMark Bank**<br>**5456 S. LaGrange Road**<br>**Countryside, IL 60525** | **Indiana Insurance Company**<br>**PO Box 7906**<br>**Loveland, OH 45140** |
| **Inland Bank & Trust #01-524**<br>**Successor/Trustee of AmeriMark Bank**<br>**5456 S. LaGrange Road**<br>**Countryside, IL 60525** | **Majestic Condominium Association**<br>**c/o Mastercare Building Svcs.**<br>**41 Chicago Avenue**<br>**Oak Park, IL 60302** |
| **Joseph J. Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60121** |
| **Joseph J. Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Inland Bank & Trust**<br>**5456 S. LaGrange Road**<br>**Countryside, IL 60525** |
| **Joseph J. Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **MB Financial Bank**<br>**P.O. Box 6261**<br>**Chicago, IL 60680** |
| **Joseph J. Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **The Private Bank & Trust**<br>**P.O. Box 979**<br>**Bloomfield Hills, MI 48303** |
| **Joseph J. Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Sylvester J. Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Joseph J. Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Kimberly A. Rooney**<br>**c/o Wolin, Kelter & Rosen, Ltd.**<br>**55 W. Monrose St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Joseph J. Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Constance Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Joseph J. Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Joseph T. Selbka & Lydia R. Selbka**<br>**c/o Law Offices Joseph P. Selbka**<br>**53 W. Jackson Blvd., Ste. 1118**<br>**Chicago, IL 60604** |
| **Joseph J. Pav**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Andrew & Shirley Jendrusiak**<br>**3562 San Carlos Drive**<br>**Saint James City, FL 33956** |

Sheet ___1___ of ___6___ continuation sheets attached to the Schedule of Codebtors

In re    **Joseph R. Pav, Jr.,**                              Case No. _____

         **Stephanie L.S. Pav**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Rieff Schramm & Kanter**<br>**100 N. LaSalle St.**<br>**23rd Floor**<br>**Chicago, IL 60602** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Bureau of Water & Sewer**<br>**Town of Cicero**<br>**4949 W. Cermak Road**<br>**Cicero, IL 60804** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Allstate Indemnity Company**<br>**PO Box 3576**<br>**Akron, OH 44309** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **State Farm Fire & Casualty Company**<br>**2702 Ireland Grove Road**<br>**Bloomington, IL 61709-0001** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **HSBC Business Solutions**<br>**PO Box 5219**<br>**Carol Stream, IL 60197** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Home Depot Credit Services**<br>**PO Box 653000**<br>**Dallas, TX 75265** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60121** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Inland Bank & Trust**<br>**5456 S. LaGrange Road**<br>**Countryside, IL 60525** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **First Merit Bank, NA fka G.W. Sav**<br>**c/o Rock, Fusco, LLC**<br>**321 N. Clark St., Ste. 2200**<br>**Chicago, IL 60654** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **MB Financial Bank**<br>**P.O. Box 6261**<br>**Chicago, IL 60680** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **The Private Bank & Trust**<br>**P.O. Box 979**<br>**Bloomfield Hills, MI 48303** |

Sheet  **2**  of  **6**  continuation sheets attached to the Schedule of Codebtors

In re    **Joseph R. Pav, Jr.,**                                                      Case No. _____
         **Stephanie L.S. Pav**

_____,
                                          Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Sylvester J. Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Kimberly A. Rooney**<br>**c/o Wolin, Kelter & Rosen, Ltd.**<br>**55 W. Monrose St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Constance Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Joseph T. Selbka & Lydia R. Selbka**<br>**c/o Law Offices Joseph P. Selbka**<br>**53 W. Jackson Blvd., Ste. 1118**<br>**Chicago, IL 60604** |
| **Julie Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Andrew & Shirley Jendrusiak**<br>**3562 San Carlos Drive**<br>**Saint James City, FL 33956** |
| **Midwest Property Management**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Rieff Schramm & Kanter**<br>**100 N. LaSalle St.**<br>**23rd Floor**<br>**Chicago, IL 60602** |
| **Midwest Property Management**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Nicor**<br>**PO Box 0632**<br>**Aurora, IL 60507** |
| **Midwest Property Management**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Veolia Environmental Services**<br>**PO Box 6484**<br>**Carol Stream, IL 60197** |
| **Midwest Property Management**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Bureau of Water & Sewer**<br>**Town of Cicero**<br>**4949 W. Cermak Road**<br>**Cicero, IL 60804** |
| **Midwest Property Management**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Groot Industries, Inc.**<br>**P.O. Box 92257**<br>**Elk Grove Village, IL 60009-2257** |
| **Midwest Property Management**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Village of Brookfield**<br>**8820 Brookfield Avenue**<br>**Brookfield, IL 60513** |
| **Midwest Property Management**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Public Service Mutual Insurance Co.**<br>**14763 Collections Center Drive**<br>**Chicago, IL 60693** |

Sheet ___**3**___ of ___**6**___ continuation sheets attached to the Schedule of Codebtors

In re    **Joseph R. Pav, Jr.,**
     **Stephanie L.S. Pav**

Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Midwest Property Management**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Home Depot Credit Services**<br>**PO Box 653000**<br>**Dallas, TX 75265** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Nicor**<br>**PO Box 0632**<br>**Aurora, IL 60507** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **H.H. Holmes Testing Laboratories**<br>**170 Shepard Avenue**<br>**Wheeling, IL 60090** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **The Lannert Group, Inc.**<br>**215 Fulton Street**<br>**Geneva, IL 60134** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **American Marine of Delavan, Inc.**<br>**PO Box 102**<br>**Delavan, WI 53115** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **HSBC Business Solutions**<br>**PO Box 5219**<br>**Carol Stream, IL 60197** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Home Depot Credit Services**<br>**PO Box 653000**<br>**Dallas, TX 75265** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Konica Minolta**<br>**100 Williams Drive**<br>**Ramsey, NJ 07446** |
| **Pav Custom Builders, LLC**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Roake & Associates, Inc.**<br>**c/o Teller Levit & Silvertrust, PC**<br>**11 East Adams Street**<br>**Chicago, IL 60603** |
| **Pav Real Estate**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Public Service Mutual Insurance Co.**<br>**14763 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Pav Realtors**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Rieff Schramm & Kanter**<br>**100 N. LaSalle St.**<br>**23rd Floor**<br>**Chicago, IL 60602** |

Sheet  **4**  of  **6**  continuation sheets attached to the Schedule of Codebtors

In re **Joseph R. Pav, Jr.,**
    **Stephanie L.S. Pav**

Case No. _____

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Pav Realty**<br>**6447 W. Cermak Rd.**<br>**Berwyn, IL** | **Village of Lyons**<br>**4200 Lawndale**<br>**Lyons, IL 60534** |
| **Pav Realty Inc.**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **CIT Technology Financing Services**<br>**c/o McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** |
| **Riverside Trails**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Rieff Schramm & Kanter**<br>**100 N. LaSalle St.**<br>**23rd Floor**<br>**Chicago, IL 60602** |
| **Riverside Trails**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Veolia Environmental Services**<br>**PO Box 6484**<br>**Carol Stream, IL 60197** |
| **Riverside Trails**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Smithereen Pest Management**<br>**7400 N. Melvina Avenue**<br>**Niles, IL 60714-3908** |
| **Riverside Trails**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Village of Lyons**<br>**4200 Lawndale**<br>**Lyons, IL 60534** |
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60121** |
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Inland Bank & Trust**<br>**5456 S. LaGrange Road**<br>**Countryside, IL 60525** |
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **First Merit Bank, NA fka G.W. Sav**<br>**c/o Rock, Fusco, LLC**<br>**321 N. Clark St., Ste. 2200**<br>**Chicago, IL 60654** |
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **MB Financial Bank**<br>**P.O. Box 6261**<br>**Chicago, IL 60680** |
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **The Private Bank & Trust**<br>**P.O. Box 979**<br>**Bloomfield Hills, MI 48303** |
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Sylvester J. Ptak**<br>**5717 W. 35th Street**<br>**Cicero, IL 60804** |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Joseph R. Pav, Jr.,**                                              Case No. _____
       **Stephanie L.S. Pav**
_____,
                     Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Kimberly A. Rooney**<br>**c/o Wolin, Kelter & Rosen, Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Constance Ptak**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Joseph T. Selbka & Lydia R. Selbka**<br>**c/o Law Offices Joseph P. Selbka**<br>**53 W. Jackson Blvd., Ste. 1118**<br>**Chicago, IL 60604** |
| **Steve Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Andrew & Shirley Jendrusiak**<br>**3562 San Carlos Drive**<br>**Saint James City, FL 33956** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

| In re | Joseph R. Pav, Jr. | Case No. | |
|---|---|---|---|
| | Stephanie L.S. Pav | | |
| | Debtor(s) | | |

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** | AGE(S): **3** **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **realtor** | **homemaker** |
| Name of Employer | **Pav Realty** | |
| How long employed | **18 years** | |
| Address of Employer | **6447 W. Cermak Rd.** **Berwyn, IL** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 5,648.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 5,648.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 5,648.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,648.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Joseph R. Pav, Jr.**
**Stephanie L.S. Pav**                                          Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,790.00 |
| a. Are real estate taxes included?   Yes **X**   No ___ | | |
| b. Is property insurance included?   Yes **X**   No ___ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 225.00 |
|                   b. Water and sewer | $ | 35.00 |
|                   c. Telephone | $ | 100.00 |
|                   d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                   a. Homeowner's or renter's | $ | 0.00 |
|                   b. Life | $ | 0.00 |
|                   c. Health | $ | 0.00 |
|                   d. Auto | $ | 85.00 |
|                   e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                   a. Auto | $ | 488.00 |
|                   b. Other  **second mortgage** | $ | 180.00 |
|                   c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 5,651.01 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,604.01 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,648.00 |
| b.   Average monthly expenses from Line 18 above | $ | 10,604.01 |
| c.   Monthly net income (a. minus b.) | $ | -4,956.01 |

**B6J (Official Form 6J) (12/07)**

In re    **Joseph R. Pav, Jr.**
        **Stephanie L.S. Pav**                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| School fees and supplies | $ | 125.00 |
| Recurring business expenses | $ | 2,763.00 |
| Recurring monthly expenses | $ | 840.00 |
| State and federal taxes | $ | 1,201.88 |
| FICA taxes | $ | 721.13 |
| **Total Other Expenditures** | $ | **5,651.01** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Joseph R. Pav, Jr.**
**Stephanie L.S. Pav**
_____
Debtor(s)

Case No. _____

Chapter  **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **48**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April  8, 2010**_____  Signature  **/s/ Joseph R. Pav, Jr.**_____
**Joseph R. Pav, Jr.**
Debtor

Date  **April  8, 2010**_____  Signature  **/s/ Stephanie L.S. Pav**_____
**Stephanie L.S. Pav**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph R. Pav, Jr.**
**Stephanie L.S. Pav** _____    Case No. _____

                                               Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$924.00** | **2008 income** |
| **$0.00** | **2007 income** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$206.00** | **2008 Schedule C income** |

2

| AMOUNT | SOURCE |
|---|---|
| **$9,436.00** | **2008 Schedule D income** |
| **$3,982.00** | **2008 pension withdrawal** |
| **$10,216.00** | **2007 Schedule C income** |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **George Washington Savings Bank** | **November, December, January 2010** | **$7,152.00** | **$686,022.00** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **George Washington Savings Bank 09 CH 51155** | **foreclosure** | **Cook County, IL** | **pending** |
| **Sylvester J. Ptak 09 CH 6446** | **foreclosure** | **Cook County, IL** | **pending** |
| **Elgin State Bank 09 CH 16291** | **foreclosure** | **Cook County, IL** | **pending** |
| **Kimberly A. Rooney, et al. 09 CH 6447** | **foreclosure** | **Cook County, IL** | **pending** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **MB Financial** <br> **10 CH 3699** | **foreclosure** | **Cook County, IL** | **pending** |
| **Joseph T. Selbka and Lydia R. Selbka** <br> **10 CH 12368** | **foreclosure** | **Cook County, IL** | **pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Elgin State Bank** | **Feb 4, 2010** | **66.977 acres at Timberline Dr. & West New Ave., Lemont, IL** <br> **Credit purchase** |

---

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Eric Janssen** <br> **932 W. Grace** <br> **Chicago, IL 60613** | **Cook County, IL** <br> **10 CH 3699** | **Mar 10, 2010** | **9122 31st St.** <br> **Brookfield, IL** |

---

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Consumer Credit Counseling Service of Atlanta**<br>**100 Edgewood Ave., Suite 1800**<br>**Atlanta, GA 30303** | **January 2010** | **$50.00** |
| **Querrey & Harrow, Ltd.**<br>**175 W. Jackson Boulevard, Ste 1600**<br>**Chicago, IL 60604** | **January 2010** | **$2,000.00** |
| **Querrey & Harrow, Ltd.**<br>**175 W. Jackson Boulevard, Ste 1600**<br>**Chicago, IL 60604** | **Mar 2010** | **$2,999.00** |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Brande Massey**<br>**1223-25 Elmwood Ave., Garden Unit**<br>**Berwyn, IL 60402** | **3/4/2008** | **$137,000.00**<br>**Garden Unit**<br>**1223-25 Elmwood**<br>**Berwyn, IL** |
| **Antonio Roman and Michelle Barrios-Roman**<br>**3515 S. Lombard Ave.**<br>**Cicero, IL 60804** | **8/1/2008** | **$235,000.00**<br>**3515 S. Lombard Ave.**<br>**Cicero, IL** |
| **Audrey H. Gerdt and Anthony R. Gerdt**<br>**2809 S. Wisconsin Ave.**<br>**Berwyn, IL 60402** | **1/21/2008** | **$289,000.00**<br>**2809 S. Wisconsin Ave.**<br>**Berwyn, IL 60402** |
| **William C. Joern and Megan Joern**<br>**4061 Garden Avenue**<br>**Western Springs, IL 60558** | **10/22/2009** | **$295,000.00**<br>**4061 Garden Ave.**<br>**Western Springs, IL** |
| **Robert Hoelbl and Lucila Hoelbl**<br>**3731 S. Highland Ave.**<br>**Berwyn, IL 60402** | **3/10/2008** | **$247,320.00**<br>**3731 S. Highland Ave.**<br>**Berwyn, IL** |
| **Rosa E. Isais**<br>**1223 Elmwood Ave., Unit 1**<br>**Berwyn, IL 60402** | **5/21/2008** | **$164,000.00**<br>**1223 Elmwood Ave.**<br>**Unit 1**<br>**Berwyn, IL** |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Continental Toyota** | 3/2008 | **2005 Jeep Grand Cherokee trade in value** |
| **Elgin State Bank** | 3/25/2010 | **3057 S. Harlem** **Berwyn, IL** **deed-in-lieu of foreclosure** |
| **Elgin State Bank** | 3/25/2010 | **6527 26th Place** **Berwyn, IL** **deed-in-lieu of foreclosure** |
| **Elgin State Bank** | 3/17/2010 | **7860-7900 Ogden** **Lyons, IL** **deed-in-lieu of foreclosure** |
| **Chicago Title Land Trust Co u/t 8002354672** | 3/25/2010 | **2900 Colorado** **Joliet, IL** **deed-in-lieu of foreclosure** |
| **Continental Toyota Scion** | 3/8/2010 | **2005 Jeep Grand Cherokee** **$15,619.00** |

None ☐   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **AmeriMark Bank Trust 00-507** | 8/14/2000 | **$322,500.00** **6430 W. 18th Street, Berwyn** |
| **AmeriMark Bank Trust 00-507** | 10/10/2000 | **$56,000.00** **4615 Wisconsin, Forest View, IL** |
| **AmeriMark Bank Trust 00-507** | 11/6/2000 | **$93,000.00** **2628 Highland, Berwyn, IL** |
| **AmeriMark Bank Trust 00-507** | 12/21/2000 | **$41,000.00** **3834 Wesley, Berwyn, IL** |
| **AmeriMark Bank Trust 00-507** | 3/23/2001 | **$375,000.00** **1053 Catherine, LaGrange, IL (1039, 1049)** |
| **AmeriMark Bank Trust 00-507** | 3/29/2001 | **$200,000.00** **1029 Catherine, LaGrange, IL** |
| **AmeriMark Bank Trust 00-507** | 7/9/2001 | **$75,000.00** **4615 Wisconsin, Forest View, IL** |
| **Marquette Bank Trust 15819** | 7/11/2001 | **$2,003,079.00** **23541 S. Center Road, Frankfort, IL** |
| **AmeriMark Bank Trust 01-524** | 8/31/2001 | **$240,000.00** **4512 Grand, Western Springs, IL** |
| **Fifth Third Bank Trust 9290** | 10/12/2001 | **$87,500.00** **5128 W. 21st St., Unit #1W, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | 10/30/2001 | **$89,994.00** **5134 W. 21st St., Unit #1, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | 10/31/2001 | **$90,300.00** **5128 W. 21st St., Unit #2W, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | 11/15/2001 | **$97,700.00** **5128 W. 21st St., Unit #3N, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | 11/15/2001 | **$87,500.00** **5128 W. 21st St., Unit #2E, Cicero, IL** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **AmeriMark Bank Trust 00-507** | **11/21/2001** | **$252,000.00**<br>**3834 Wesley, Berwyn, IL** |
| **Fifth Third Bank Trust 9290** | **11/29/2001** | **$87,890.00**<br>**5134 W. 21st St., Unit #2, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **12/11/2001** | **$89,000.00**<br>**5134 W. 21st St., Unit #3, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **12/14/2001** | **$93,690.00**<br>**5132 W. 21st St., Unit 3N, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **12/17/2001** | **$87,400.00**<br>**5132 W. 21st St., Unit 1N, Cicero, IL** |
| **AmeriMark Bank Trust 01-524** | **12/21/2001** | **$245,000.00**<br>**4146 Garden, Western Springs, IL** |
| **Fifth Third Bank Trust 9290** | **12/28/2001** | **$87,500.00**<br>**5132 W. 21st St., Unit #1S, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **1/28/2002** | **$94,900.00**<br>**5128 W. 21st St., Unit #2N, Cicero, IL** |
| **AmeriMark Bank Trust 00-507** | **4/22/2002** | **$179,000.00**<br>**2628 Highland, Berwyn, IL** |
| **Fifth Third Bank Trust 9290** | **4/26/2002** | **$105,990.00**<br>**5126 W. 21st St., Unit #G, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **7/2/2002** | **$88,900.00**<br>**5128 W. 21st St., Unit #3E, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **7/29/2002** | **$83,900.00**<br>**5126 W. 21st St., Unit #3W, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **8/5/2002** | **$84,900.00**<br>**5126 W. 21st St., Unit #1E, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **8/29/2002** | **$89,900.00**<br>**5128 W. 21st St., Unit #3W, Cicero, IL** |
| **AmeriMark Bank Trust 02-530** | **9/25/2002** | **$48,000.00**<br>**7015 40th St., Stickney, IL** |
| **Fifth Third Bank Trust 9290** | **10/4/2002** | **$97,700.00**<br>**5128 W. 21st St., Unit #1N, Cicero, IL** |
| **AmeriMark Bank Trust 00-507** | **10/9/2002** | **$700,000.00**<br>**1029 Catherine, LaGrange, IL** |
| **Fifth Third Bank Trust 9290** | **10/30/2002** | **$92,900.00**<br>**5132 W. 21st St., Unit #2S, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **11/5/2002** | **$91,700.00**<br>**5126 W. 21st St., Unit #1W, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **11/5/2002** | **$91,900.00**<br>**5128 W. 21st St., Unit #1E, Cicero, IL** |
| **AmeriMark Bank Trust 00-507** | **11/6/2002** | **$689,500.00**<br>**1049 Catherine, LaGrange, IL** |
| **AmeriMark Bank Trust 00-507** | **11/18/2002** | **$115,900.00**<br>**6434 W. 18th St., Unit #2, Berwyn, IL** |
| **Fifth Third Bank Trust 9290** | **11/22/2002** | **$86,900.00**<br>**5126 W. 21st St., Unit #2W, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **12/13/2002** | **$98,567.00**<br>**5132 W. 21st St., Unit #3S, Cicero, IL** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **AmeriMark Bank Trust 00-507** | **12/18/2002** | **$120,100.00**<br>**6430 W. 18th St., Unit #1, Berwyn, IL** |
| **AmeriMark Bank Trust 00-507** | **12/20/2002** | **$125,700.00**<br>**6430 W. 16th St., Unit #2, Berwyn, IL** |
| **AmeriMark Bank Trust 00-507** | **1/28/2003** | **$133,500.00**<br>**6436 W. 18th St., Unit #2, Berwyn, IL** |
| **AmeriMark Bank Trust 00-507** | **1/31/2003** | **$127,500.00**<br>**6434 W. 18th St., Unit #1, Berwyn, IL** |
| **AmeriMark Bank Trust 00-507** | **2/27/2003** | **$120,900.00**<br>**6432 W. 18th St., Unit #1, Berwyn, IL** |
| **Fifth Third Bank Trust 9290** | **3/13/2003** | **$89,900.00**<br>**5126 W. 21st St., Unit #3E, Cicero, IL** |
| **AmeriMark Bank Trust 02-530** | **3/24/2003** | **$200,000.00**<br>**918 Madison, LaGrange, IL** |
| **AmeriMark Bank Trust 01-524** | **3/24/2003** | **$410,000.00**<br>**4217 Rose, Western Springs, IL** |
| **AmeriMark Bank Trust 01-524** | **4/1/2003** | **$285,000.00**<br>**5332 Caroline, Western Springs, IL** |
| **Fifth Third Bank Trust 9290** | **4/3/2003** | **$89,900.00**<br>**5126 W. 21st St., Unit #2E, Cicero, IL** |
| **Fifth Third Bank Trust 9290** | **4/17/2003** | **$94,900.00**<br>**5132 W. 21st St., Unit #2N, Cicero, IL** |
| **AmeriMark Bank Trust 00-507** | **5/16/2003** | **$131,700.00**<br>**6436 W. 18th St., Unit #1, Berwyn, IL** |
| **AmeriMark Bank Trust 00-507** | **6/11/2003** | **$136,700.00**<br>**6432 W. 18th St., Unit #2, Berwyn, IL** |
| **AmeriMark Bank Trust 01-524** | **7/7/2003** | **$900,459.00**<br>**4146 Garden, Western Springs, IL** |
| **AmeriMark Bank Trust 01-524** | **7/11/2003** | **$830,000.00**<br>**4512 Grand, Western Springs, IL** |
| **AmeriMark Bank Trust 00-507** | **8/21/2003** | **$759,115.00**<br>**1039 Catherine, LaGrange, IL** |
| **AmeriMark Bank Trust 00-507** | **9/22/2003** | **$116,000.00**<br>**6430 W. 18th St., Unit #G, Berwyn, IL** |
| **AmeriMark Bank Trust 01-524** | **12/16/2003** | **$165,000.00**<br>**6735 Riverside Drive, Berwyn, IL** |
| **AmeriMark Bank Trust 01-524** | **12/29/2003** | **$320,000.00**<br>**3837 Grand, Western Springs, IL** |
| **Chicago Title Land Trust 9290** | **1/28/2004** | **$279,000.00**<br>**1512 East Ave., Berwyn, IL** |
| **AmeriMark Bank Trust 01-524** | **5/14/2004** | **$990,000.00**<br>**5332 Caroline, Western Springs, IL** |
| **AmeriMark Bank Trust 02-530** | **5/20/2004** | **$819,900.00**<br>**918 Madison, LaGrange, IL** |
| **AmeriMark Bank Trust 04-543** | **7/7/2004** | **$403,000.00**<br>**4745 Franklin, Western Springs, IL** |
| **AmeriMark Bank Trust 04-541** | **7/16/2004** | **$426,500.00**<br>**1246 S. 57th Ave., Cicero, IL** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **AmeriMark Bank Trust 04-541** | **7/29/2004** | $500,000.00<br>3057 S. Harlem, Berwyn, IL |
| **AmeriMark Bank Trust 01-524** | **8/26/2004** | $157,500.00<br>6527 W. 26th Place, Berwyn, IL |
| **AmeriMark Bank Trust 01-524** | **11/18/2004** | $336,000.00<br>4077 Garden Ave., Western Springs, IL |
| **AmeriMark Bank Trust 04-543** | **11/30/2004** | $332,500.00<br>3839 Grand Ave., Western Springs, IL |
| **AmeriMark Bank Trust 01-524** | **2/28/2005** | $332,500.00<br>6735 Riverside Drive, Berwyn, IL |
| **AmeriMark Bank Trust 01-524** | **4/5/2005** | $1,915,000.00<br>4217 Rose, Western Springs, IL |
| **AmeriMark Bank Trust 01-524** | **5/6/2005** | $1,250,000.00<br>3837 Grand, Western Springs, IL |
| **AmeriMark Bank Trust 02-530** | **5/16/2005** | $407,000.00<br>7015 40th St., Stickney, IL |
| **AmeriMark Bank Trust 01-524** | **5/23/2005** | $269,000.00<br>3731 Highland, Berwyn, IL |
| **AmeriMark Bank Trust 01-524** | **1/9/2006** | $105,500.00<br>1223-25 Elmwood, Berwyn, IL |
| **AmeriMark Bank Trust 01-524** | **2/28/2006** | $1,280,000.00<br>4077 Garden Ave., Western Springs, IL |
| **AmeriMark Bank Trust 04-543** | **12/1/2006** | $1,287,500.00<br>3839 Grand Ave., Western Springs, IL |
| **AmeriMark Bank Trust 01-524** | **12/14/2006** | $128,650.00<br>1533 S. 57th Court, Cicero, IL |
| **AmeriMark Bank Trust 04-543** | **1/16/2007** | $1,673,125.00<br>4745 Franklin, Western Springs, IL |
| **Chicago Title Land Trust #8105** | **2/7/2007** | $3,030,615.00<br>16453 127th St., Lemont, IL |
| **AmeriMark Bank Trust 04-541** | **3/30/2007** | $835,000.00<br>4538 Lawn, Western Springs, IL |
| **AmeriMark Bank Trust 01-522** | **3/30/2007** | $187,500.00<br>2809 Wisconsin, Berwyn, IL |
| **AmeriMark Bank Trust 01-524** | **4/4/2007** | $464,500.00<br>3735 Highland, Berwyn, IL |
| **AmeriMark Bank Trust 01-524** | **5/11/2007** | $179,500.00<br>2424 Wesley, Berwyn, IL |
| **AmeriMark Bank Trust 00-500** | **6/13/2007** | $570,000.00<br>2636 DesPlaines Ave., North Riverside, IL |
| **AmeriMark Bank Trust 00-500** | **6/13/2007** | $570,000.00<br>2640 DesPlaines Ave., North Riverside, IL |
| **AmeriMark Bank Trust 00-500** | **7/18/2007** | $840,000.00<br>2628-32 DesPlaines Ave., North Riverside, IL |
| **AmeriMark Bank Trust 01-524** | **7/23/2007** | $250,000.00<br>2424 Wesley, Berwyn, IL |
| **AmeriMark Bank Trust 00-500** | **8/29/2007** | $3,050,000.00<br>2900 Colorado Ave., Joliet, IL |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **AmeriMark Bank Trust 01-524** | **10/5/2007** | **$170,000.00**<br>**3515 Lombard, Cicero, IL** |
| **AmeriMark Bank Trust 04-541** | **10/22/2007** | **$310,000.00**<br>**4061 Garden, Western Springs, IL** |
| **AmeriMark Bank Trust 01-524** | **10/25/2007** | **$205,000.00**<br>**426 Euclid #1N, Oak Park, IL** |
| **AmeriMark Bank Trust 01-524** | **10/25/2007** | **$205,000.00**<br>**426 Euclid #2N, Oak Park, IL** |
| **AmeriMark Bank Trust 01-524** | **1/18/2008** | **$239,900.00**<br>**1223-25 Elmwood, Unit #2, Berwyn, IL** |
| **AmeriMark Bank Trust 01-524** | **3/4/2008** | **$137,000.00**<br>**1223-25 Elmwood, Unit #G, Berwyn, IL** |
| **AmeriMark Bank Trust 01-524** | **3/10/2008** | **$247,320.00**<br>**3731 Highland, Berwyn, IL** |
| **AmeriMark Bank Trust 01-524** | **5/21/2008** | **$164,000.00**<br>**1223-25 Elmwood, Unit #1, Berwyn, IL** |
| **Inland Bank Trust 01-524** | **8/1/2008** | **$235,000.00**<br>**3515 Lombard, Cicero, IL** |
| **Inland Bank Trust 01-522** | **11/21/2008** | **$289,900.00**<br>**2809 Wisconsin, Berwyn, IL** |
| **Inland Bank Trust 04-541** | **10/22/2009** | **$295,000.00**<br>**4061 Garden, Western Springs, IL** |
| **Chicago Title Land Trust 980135** | **3/17/2010** | **$10.00**<br>**7860-7900 Ogden Ave., Lyons, IL** |
| **Inland Bank Trust 04-541** | **3/25/2010** | **$10.00**<br>**3057 Harlem, Berwyn, IL** |
| **Inland Bank Trust 01-524** | **3/25/2010** | **$10.00**<br>**6527 W. 26th Place, Berwyn, IL** |
| **Inland Bank Trust 00-500** | **3/25/2010** | **$10.00**<br>**2900 Colorado, Joliet, IL** |

**11.  Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

11

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18 . Nature, location and name of business

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Pav Custom Builders LLC** | 14-1880499 | | **New construction and remodeling** | **June 2003 to present** |
| **Pav Custom Builders 2 LLC** | 20-5354018 | | **New construction and remodeling** | **Dec 2005 to present** |
| **Riverside Trails** | 36-4270458 | | **Residential property management** | **May 1998 to present** |
| **Colorado Investment Partners, LLC** | 26-0735868 | | **Non-residential property management** | **Aug 2007 to present** |
| **Rainbow Property Management** | 36-4594603 | | **Residential property management** | **Sept 1993 to present** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Julie Pav** | **2003 to present** |
| **6447 W. Cermak Road** | |
| **Berwyn, IL 60402** | |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Inland Bank** | **7/30/2008** |
| **Elgin State Bank** | **11/13/2008** |
| **MB Financial Bank** | **1/26/2009** |
| **Elgin State Bank** | **5/28/2009** |
| **George Washington Savings Bank** | **8/24/2009** |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **April  8, 2010**      Signature   **/s/ Joseph R. Pav, Jr.**
**Joseph R. Pav, Jr.**
Debtor

Date   **April  8, 2010**      Signature   **/s/ Stephanie L.S. Pav**
**Stephanie L.S. Pav**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph R. Pav, Jr.**
      **Stephanie L.S. Pav**                            Case No. _____

                                          Debtor(s)       Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**George Washington Savings Bank** | **Describe Property Securing Debt:**<br>**1st mortgage**<br>**Single family frame**<br>**3951 Forest Avenue**<br>**Western Springs, IL  60558** |

Property will be (check one):
     ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                 ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**George Washington Savings Bank** | **Describe Property Securing Debt:**<br>**2nd mortgage**<br>**Single family frame**<br>**3951 Forest Avenue**<br>**Western Springs, IL  60558** |

Property will be (check one):
- ☐ Surrendered                                  ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **April  8, 2010**                        Signature   **/s/ Joseph R. Pav, Jr.**
                                                             **Joseph R. Pav, Jr.**
                                                             Debtor


Date   **April  8, 2010**                        Signature   **/s/ Stephanie L.S. Pav**
                                                             **Stephanie L.S. Pav**
                                                             Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Joseph R. Pav, Jr.**
**Stephanie L.S. Pav**

Case No. _____

Chapter **7**

_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **4,999.00** |
| Prior to the filing of this statement I have received | $ **4,999.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April  8, 2010**

**/s/ Robert R. Benjamin**
**Robert R. Benjamin 0170429**
**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000  Fax: (312)540-0578**
**rbenjamin@querrey.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Joseph R. Pav, Jr.**
**Stephanie L.S. Pav**
_____
Debtor(s)

Case No. _____

Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Joseph R. Pav, Jr.**
**Stephanie L.S. Pav**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X   **/s/ Joseph R. Pav, Jr.**          **April 8, 2010**
_____
Signature of Debtor                   Date

X   **/s/ Stephanie L.S. Pav**          **April 8, 2010**
_____
Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Joseph R. Pav, Jr.**
**Stephanie L.S. Pav**

Case No.

Debtor(s)

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                             **97**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April  8, 2010**                    **/s/ Joseph R. Pav, Jr.**
                                            **Joseph R. Pav, Jr.**
                                            Signature of Debtor

Date:  **April  8, 2010**                    **/s/ Stephanie L.S. Pav**
                                            **Stephanie L.S. Pav**
                                            Signature of Debtor

1.  Lessee:
Audrey Bailey Outlaw & Joe Outlaw
1246 S. 57th Avenue, Apt. 2
Cicero, IL 60804


1.  Lessor:
Midwest Property Management
6447 W. Cermak Rd.
Berwyn, IL 60402


2.  Lessee:
Durafshan and Shakir Durrani
3057 S. Harlem Ave., Apt. 2W
Berwyn, IL 60402


2.  Lessor:
Midwest Property Management
6447 W. Cermak Road
Berwyn, IL 60402


3.  Lessee:
Rick and Juliana Verticchio
426 Euclid Ave., Apt. 1N
Oak Park, IL 60302


3.  Lessor:
Pav Custom Builders Managment
PO Box 97
Lyons, IL 60534


4.  Lessee:
Kabir Virdi
426 Euclid Ave., Apt. 2N
Oak Park, IL 60302


4.  Lessor:
Pav Custom Builders Management
PO Box 97
Lyons, IL 60534


5.  Lessee:
Kirsten C. Hines
4538 Lawn Ave.
Western Springs, IL 60558

```
5.  Lessor:
Pav Custom Builders, LLC
6447 Cermak Road
Berwyn, IL 60402


6.  Lessee:
Yolanda Shaw
7900 W. Ogden Ave., Apt. 2D
Lyons, IL 60534


6.  Lessor:
Riverside Trails
6447 W. Cermak Rd.
Berwyn, IL 60402


Allstate Indemnity Company
PO Box 3576
Akron, OH 44309


American Express
Box 0001
Los Angeles, CA 90096


American Marine of Delavan, Inc.
PO Box 102
Delavan, WI 53115


Andrew & Shirley Jendrusiak
3562 San Carlos Drive
Saint James City, FL 33956


AT&T
PO Box 8100
Aurora, IL 60507


Bank of America
PO Box 15026
Wilmington, DE 19850


Barclaycard
Card Services
PO Box 13337
Philadelphia, PA 19101
```

Bill Me Later
PO Box 2394
Omaha, NE 68103

Blue from American Express
Box 0001
Los Angeles, CA 90096

Bureau of Water & Sewer
Town of Cicero
4949 W. Cermak Road
Cicero, IL 60804

Capital One
PO Box 6492
Carol Stream, IL 60197

Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886

Chicago Title Land

Chicago Title Land Trust #6420

CIT Technology Financing Services
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

Citi Cards
Customer Service
Box 6000
The Lakes, NV 89163

Citi Cards - Dividend Platinum
Customer Service
Box 6000
The Lakes, NV 89163

CitiBusiness Card
PO Box 6235
Sioux Falls, SD 57117


CitiCards
Customer Service
Box 6000
The Lakes, NV 89163


Colorado Investment Partners, LLC
6447 W. Cermak Road
Berwyn, IL 60402


ComEd
PO Box 6111
Carol Stream, IL 60197


Constance Ptak
c/o Wolin Kelter & Rosen Ltd.
55 W. Monroe St., Ste. 3600
Chicago, IL 60603


Denise Pav
14144 131st Street
Lemont, IL 60439


Discover Card
PO Box 30943
Salt Lake City, UT 84130


Discover Card
Discover Financial Services
PO Box 6103
Carol Stream, IL 60197


Dominion Retail
c/o CBCS 24
PO Box 164059
Columbus, OH 43216


Elgin State Bank
1001 S. Randall Road
Elgin, IL 60121

First Merit Bank, NA
c/o Rock, Fusco, LLC
321 N. Clark St., Ste. 2200
Chicago, IL 60654


Gap Silver Card
GE Money Bk, Attn: Bankruptcy Dept
PO Box 103104
Roswell, GA 30076


George Washington Savings Bank
10240 S. Cicero Avenue
Oak Lawn, IL 60453


Groot Industries, Inc.
P.O. Box 92257
Elk Grove Village, IL 60009-2257


H.H. Holmes Testing Laboratories
170 Shepard Avenue
Wheeling, IL 60090


Home Depot Credit Services
PO Box 653000
Dallas, TX 75265


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901


Home Depot Credit Services
PO Box 6925
The Lakes, NV 88901


Household Bank MasterCard
HSBC Card Services
PO Box 80084
Salinas, CA 93912


HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197

Indiana Insurance Company
PO Box 7906
Loveland, OH 45140


Inland Bank & Trust
5456 S. LaGrange Road
Countryside, IL 60525


Inland Bank & Trust
Successor/Trustee of AmeriMark Bank
5456 S. LaGrange Road
Countryside, IL 60525


Inland Bank & Trust #01-524
Successor/Trustee of AmeriMark Bank
5456 S. LaGrange Road
Countryside, IL 60525


JCPenney
Customer Service
PO Box 981131
El Paso, TX 79998


Joseph J. Pav
14144 131st Street
Lemont, IL 60439


Joseph T. Selbka & Lydia R. Selbka
c/o Law Offices Joseph P. Selbka
53 W. Jackson Blvd., Ste. 1118
Chicago, IL 60604


Julie Pav
925 W. 58th Street
La Grange, IL 60525


Kimberly A. Rooney
c/o Wolin, Kelter & Rosen, Ltd.
55 W. Monrose St., Ste. 3600
Chicago, IL 60603


Konica Minolta
100 Williams Drive
Ramsey, NJ 07446

Lorraine Ptak
c/o Wolin Kelter & Rosen Ltd.
55 W. Monroe St., Ste. 3600
Chicago, IL 60603


Macy's
Bankruptcy Processing
PO Box 8053
Mason, OH 45040


Majestic Condominium Association
c/o Mastercare Building Svcs.
41 Chicago Avenue
Oak Park, IL 60302


MB Financial Bank
P.O. Box 6261
Chicago, IL 60680


MB Financial Bank, NA
c/o Ruff, Weidenaar & Reidy, Ltd.
222 N. LaSalle St., Ste. 700
Chicago, IL 60601


Midwest Property Management
6447 W. Cermak Road
Berwyn, IL 60402


Montgomery Ward
3650 Milwaukee St.
Madison, WI 53714


Moraine Valley Community College
9000 W. College Pkwy
Palos Hills, IL 60465


Neiman Marcus
Customer Service
PO Box 729080
Dallas, TX 75372


Nicor
PO Box 0632
Aurora, IL 60507

Old Navy
GE Money Bk, Attn: Bankruptcy Dept
PO Box 103104
Roswell, GA 30076


Pav Custom Builders, LLC
6447 W. Cermak Road
Berwyn, IL 60402


Pav Real Estate
6447 W. Cermak Road
Berwyn, IL 60402


Pav Realtors
6447 W. Cermak Road
Berwyn, IL 60402


Pav Realty
6447 W. Cermak Rd.
Berwyn, IL


Pav Realty Inc.
6447 W. Cermak Road
Berwyn, IL 60402


Platinum MasterCard
HSBC Card Services
PO Box 80026
Salinas, CA 93912


Pottery Barn
WFNNB - Bankruptcy Dept.
PO Box 18215
Columbus, OH 43218


Public Service Mutual Insurance Co.
14763 Collections Center Drive
Chicago, IL 60693


R & R Enterprises
15311 S. Corbin Street
Plainfield, IL 60544

Rieff Schramm & Kanter
100 N. LaSalle St.
23rd Floor
Chicago, IL 60602


Riverside Trails
6447 W. Cermak Road
Berwyn, IL 60402


Roake & Associates, Inc.
c/o Teller Levit & Silvertrust, PC
11 East Adams Street
Chicago, IL 60603


Slate from Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886


Smithereen Pest Management
7400 N. Melvina Avenue
Niles, IL 60714-3908


State Farm Fire & Casualty Company
2702 Ireland Grove Road
Bloomington, IL 61709-0001


Steve Pav
6045 Edgewood
La Grange, IL 60525


Sylvester J. Ptak
c/o Wolin Kelter & Rosen Ltd.
55 W. Monroe St., Ste. 3600
Chicago, IL 60603


Sylvester J. Ptak
5717 W. 35th Street
Cicero, IL 60804


Target National Bank
c/o Target Credit Services
PO Box 1581
Minneapolis, MN 55440

The City of Berwyn
6700 W. 26th St.
Berwyn, IL 60402


The Lannert Group, Inc.
215 Fulton Street
Geneva, IL 60134


The Private Bank & Trust
P.O. Box 979
Bloomfield Hills, MI 48303


Veolia Environmental Services
PO Box 6484
Carol Stream, IL 60197


Village of Brookfield
8820 Brookfield Avenue
Brookfield, IL 60513


Village of Lyons
4200 Lawndale
Lyons, IL 60534


Von Maur
6565 Brady Street
Davenport, IA 52806


WFNNB - The Room Place
PO Box 659704
San Antonio, TX 78265